| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:18-CR-076-Z(01) |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:25-cr-00197-JCM-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | | DISTRICT | DIVISION |
|---|---|---|---|
| Rodriguez, Emma Yesenia | ✓ FILED  RECEIVED<br>ENTERED  SERVED ON<br>JULY 1 2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: AMMi DEPUTY | Northern District of Texas | Amarillo Division |
| Las Vegas, Nevada | | NAME OF SENTENCING JUDGE | |
| | | Matthew J. Kacsmaryk | |
| | | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/21/2024  TO 11/20/2027 |

OFFENSE
Conspiracy to Distribute and Possess with Intent to Distribute Heroin, 18 U.S.C. § 371

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The District of Nevada has requested a transfer of jurisdiction due to Rodriguez's intention to remain in the District of Nevada. Moreover, Rodriguez has no ties and does not plan to return to the Northern District of Texas.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____Northern____ DISTRICT OF ____Texas____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____District of Nevada____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6-3-25
*Date*

*[signature]*
United States District Judge Matthew J. Kacsmaryk

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____Nevada____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 3, 2025
*Effective Date*

*[signature] James C. Mahan*
United States District Judge

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Emma Yesenia Rodriguez

Case No.: 2:18CR00076

**REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION**

July 1, 2025

TO:   The Honorable District Judge

On May 5, 2022, Ms. Rodriguez was sentenced in the Northern District of Texas to 60 months custody followed by three (3) years supervised release for having committed the offense of Conspiracy to Distribute and Possess with Intent to Distribute Heroin. Ms. Rodriguez supervision in the District of Nevada on November 21, 2024.

Ms. Rodriguez plans to remain in Las Vegas for the duration of her supervision. To expedite any future matters which may require the Court's attention, it is recommended the Court accept jurisdiction of this case.

Should the Court agree with this request, a signed transfer of jurisdiction form 22 is attached for Your Honor's review and signature.

Respectfully submitted,

*E Hogans*  Digitally signed by Erica Hogans
Date: 2025.07.01 14:26:16 -07'00'

Erica Hogans
U.S. Probation Officer

Approved:

*Amberleigh K Barajas*  Digitally signed by Amberleigh Barajas
Date: 2025.07.01 14:18:56 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer